AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | | |
|---|---|---|
| Zone Telecom, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   12 CV 3315 |
| Daniel M. Digennaro and TD Communications, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel M. Digennaro and TD Communications, Inc.                                                                    .

Date:     12/18/2012

s/ David J. Fish
*Attorney's signature*

David J. Fish 6269745
*Printed name and bar number*

55 S. Main Street, Suite 341
Naperville, IL 60540

*Address*

dfish@fishlawfirm.com
*E-mail address*

(630) 355-7590
*Telephone number*

(630) 929-7590
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Zone Telecom, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   12 CV 3315 |
| Daniel M. Digennaro and TD Communications, Inc. | ) | |
| *Defendant* | ) | |

CERTIFICATE OF SERVICE

I certify that on  12/18/2012 , I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

  Bryan Cave, LLP -  Charles B. Jellinek & Travis R. Kearbey ,

and I certify that I have mailed by the United States Postal Service the document to the following

non CMECF participants:

_____ .

s/ David J. Fish
*Attorney's signature*

David J. Fish 6269745
*Printed name and bar number*

55 S. Main Street, Suite 341
Naperville, IL 60540

*Address*

dfish@fishlawfirm.com
*E-mail address*

(630) 355-7590
*Telephone number*

(630) 929-7590
*Fax number*