# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

ZONE TELECOM, LLC,

        Plaintiff,

    v.

DANIEL M. DIGENNARO AND
TD COMMUNICATIONS, INC.,

        Defendants.

No. 3:12-cv-03315 (RM) (BGC)

Judge Richard Mills
Magistrate Judge Byron G. Cudmore

## MOTION TO DISMISS FOR LACK OF
## PERSONAL JURISDICTION AND TRANSFER OF VENUE

Defendants, Daniel M. Digennaro and TD Communications, Inc., by their attorneys, hereby move this Court for entry of an order dismissing the Plaintiff's Complaint. In support of this Motion, Defendants submit their Memorandum of Law in Support of Motion to Dismiss for Lack of Personal Jurisdiction and Transfer of Venue.

Dated:    January 7, 2013

**THE FISH LAW FIRM, P.C.**

/s/ David J. Fish
David J. Fish
Main Street Promenade
55 South Main Street, Suite 341
Naperville, Illinois 60540
dfish@fishlawfirm.com
Phone: (630) 355-7590
Fax: (630) 929-7590
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

cbjellinek@bryancave.com
travis.kearbey@bryancave.com

Dated: January 4, 2013                    Respectfully Submitted,
                                          **DANIEL M. DIGENNARO AND**
                                          **TD COMMUNICATIONS, INC.**

                                   By:       s/ David J. Fish
                                              One of their attorneys

David J. Fish
THE FISH LAW FIRM, P.C.
55 S. Main St, Suite 341
Naperville, Illinois 60540
(630) 355-7590