UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ZONE TELECOM, LLC | ) |
|     Plaintiffs, | ) ) ) |
| v. | ) )   Cause No. No. 3:12-cv-03315 (RM) (BGC) ) |
| DANIEL M. DIGENNARO AND TD COMMUNICATIONS, INC. | ) ) ) ) |
|     Defendants. | ) ) |

## STATUS REPORT

COMES NOW, Plaintiff Zone Telecom, LLC ("Zone") and, in response to the Court's Order, dated May 31, 2013, directing the parties to file an appropriate document dismissing the case pursuant to settlement or a status report by June 21, 2013, provides the following status update to the Court regarding the parties' resolution of this action.

1.  On June 20, 2013, Zone and Defendants Daniel M. DiGennaro and TD Communications, Inc. (collectively, the "Parties") exchanged through counsel a fully executed settlement agreement.

2.  The Parties' settlement agreement is subject to a seven-day revocation period.

3.  In the absence of a timely revocation of the Parties' settlement agreement, Zone will file a dismissal of this action with prejudice following the expiration of the settlement agreement's seven-day revocation period.

WHEREFORE, Plaintiff Zone Telecom, LLC provides the above-mentioned status report to the Court in response to the Court's May 31, 2013 Order.

Respectfully submitted,

**BRYAN CAVE LLP**

By:  /s/ Travis R. Kearbey
Charles B. Jellinek  # 6220649
Travis R. Kearbey  #6291685
One Metropolitan Square, Suite 3600
211 North Broadway
St. Louis, Missouri  63102
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020
cbjellinek@bryancave.com
travis.kearbey@bryancave.com

Attorneys for Plaintiff Zone Telecom, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David J. Fish
THE FISH LAW FIRM, P.C.
Main Street Promenade
55 South Main Street, Suite 341
Naperville, Illinois 60540
dfish@fishlawfirm.com

By:  /s/Travis R. Kearbey