**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| ZONE TELECOM, LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No. No. 3:12-cv-03315 (RM) (BGC) |
| | ) | |
| | ) | |
| DANIEL M. DIGENNARO  AND | ) | |
| TD COMMUNICATIONS, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Zone Telecom, LLC and voluntarily dismisses the above-captioned action with prejudice, with each party to bear his or its own costs and fees except as provided otherwise by the parties' settlement agreement.

Respectfully submitted,

**BRYAN CAVE LLP**

By:     /s/ Travis R. Kearbey
Charles B. Jellinek  # 6220649
Travis R. Kearbey  #6291685
One Metropolitan Square, Suite 3600
211 North Broadway
St. Louis, Missouri  63102
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020
cbjellinek@bryancave.com
travis.kearbey@bryancave.com

Attorneys for Plaintiff Zone Telecom, LLC

4126837                                                        1

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David J. Fish
THE FISH LAW FIRM, P.C.
Main Street Promenade
55 South Main Street, Suite 341
Naperville, Illinois 60540
dfish@fishlawfirm.com

By:  /s/Travis R. Kearbey

4126837                                            2